IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TAYLOR ADDY, | : | |
| Plaintiff, | : | Civil Action File No. |
| vs. | : | 1:22-cv-00851-WMR |
| JOBO'S, INC. d/b/a BJ ROOSTERS; ROBERT HAMILL; JOHN MOLINARI, | : | |
| Defendants. | : | |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

> Plaintiff Taylor Addy
>
> Defendant Jobo's, Inc. d/b/a BJ Roosters
>
> Defendant Robert Hamill
>
> Defendant John Molinari

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in, or other interest, which could be substantially affected by the outcome of this particular case:

    None

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff:

    Charles R. Bridgers
    DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC

    Matthew W. Herrington
    DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC

For Defendants:

    Unknown.

Dated: March 2, 2022

|  | **DELONG, CALDWELL, BRIDGERS,** |
|---|---|
|  | **FITZPATRICK, & BENJAMIN, LLC** |
| 101 Marietta Street | *s/ Charles R. Bridgers* |
| Suite 2650 | Charles R. Bridgers |
| Atlanta, GA 30303 | Georgia Bar No. 080791 |
| (404) 979-3150 | |
| (404) 979-3170 (facsimile) | Counsel for Plaintiff |
| charlesbridgers@dcbflegal.com | |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TAYLOR ADDY, | : | |
| Plaintiff, | : | Civil Action File No. |
| vs. | : | 1:22-cv-00851-WMR |
| JOBO'S, INC. d/b/a BJ ROOSTERS; ROBERT HAMILL; JOHN MOLINARI, | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing document with the Clerk via the Court's CM/ECF system, thereby ensuring electronic service upon all counsel of record.

Dated: March 2, 2022

*s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791
