IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TAYLOR ADDY,

    Plaintiff,

v.

JOBO'S, INC. d/b/a BJ ROOSTERS; ROBERT HAMIL; JOHN MOLINARI,

    Defendants.
_____/

Case No. 1:22-cv-00851-WMR
Notice of Appearance

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Ian E. Smite, Esquire, of Spire Law, LLC, as counsel of record for the Defendants, Jobo's Inc, Robert Hamill, and John Molinari.

Dated this 17th day of June, 2022.

    Respectfully submitted,
    SPIRE LAW, LLC
    2572 W. State Road 426, Suite 2088
    Oviedo, Florida 32765
    By:   */s/ Ian E. Smith*
          Ian E. Smith, Esq.
          Georgia Bar No. 661492
          */s/ Whitney M. DuPree*
          Whitney M. DuPree, Esq.
          Georgia Bar No. 880909
          whitney@spirelawfirm.com
          ian@spirelawfirm.com

sarah@spirelawfirm.com
filings@spirelawfirm.com
Attorney for Defendants | Jobo's Inc,
Robert Hamill, and John Molinari

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*Ian E. Smith*
Attorney