IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAYLOR ADDY, | : |
| Plaintiff, | : |
| vs. | : Civil Action No. 1:22-cv-851-WMR |
| JOBO'S, INC. d/b/a BJ ROOSTERS; ROBERT HAMILL; JOHN MOLINARI, | : |
| Defendants. | : |

## ORDER

The parties having jointly moved to extend the discovery period in this action, and upon consideration of the same and for good cause shown, the motion is **GRANTED**. It is hereby **ORDERED** that the discovery period is extended through and including January 14, 2023.

**IT IS SO ORDERED** this 13th of December 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE